Adil M. Khan (SBN CA 254039)
Adil.Khan@gtlaw.com
John Richards *(Pro Hac Vice Pending)*
John.Richards@gtlaw.com
Tonya Esposito *(Pro Hac Vice Pending)*
Tonya.Esposito@gtlaw.com
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Telephone: 310.586.7700
Facsimile: 310.586.7800

Brian C. Gee (SBN CA 317436)
geeb@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.328.8500
Facsimile: 650.328.8508

Attorneys for Defendant
ABERCROMBIE & FITCH TRADING CO., d/b/a
WWW.HOLLISTER.COM

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO., an Ohio Corporation, d/b/a WWW.HOLLISTER.COM,<br><br>Defendant. | Case No. '25CV1890 JES DEB<br><br>**DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>Filed (state court): June 24, 2025<br><br>Removed: July 25, 2025 |

DEFENDANT'S FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Abercrombie & Fitch Trading Co. d/b/a www.hollister.com ("Abercrombie"), provides the following corporate disclosure: Abercrombie has no parent corporation. BlackRock, Inc. owns ten percent (10%) or more of the stock of Abercrombie.

Dated: July 25, 2025

GREENBERG TRAURIG, LLP

By: /s/ *Adil M. Khan*
Adil M. Khan
John Richards
Tonya Esposito
Attorneys for Defendant Abercrombie & Fitch Trading Co., d/b/a www.hollister.com